Steven M. Olson, Esq. (SB No. 146120)
Jacob M. Faircloth, Esq. (SB No. 305390)
LAW OFFICE OF STEVEN M. OLSON
50 Old Courthouse Square, Suite 401
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Counsel to TIMOTHY W. HOFFMAN,
Trustee in bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

FIRST INTERSTATE CONTRACTORS, INC.,

Debtor(s).

Case No. 20-10381
Chapter 7

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

PURSUANT TO SECTION 11 U.S.C. SECTION 327(a)

TO:  THE HONORABLE CHARLES NOVACK,
     UNITED STATES BANKRUPTCY JUDGE

   1. TIMOTHY W. HOFFMAN ("Applicant") is the duly appointed, qualified and acting Chapter 7 trustee herein.

   2. The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Trustee accountant to prepare and file tax returns and perform tax analysis; to analyze tax claims filed in this case, if necessary; to investigate and analyze for potential recoveries including analysis of potential

avoidance issues, if necessary; including to prepare a solvency analysis, if necessary; to testify as to avoidance issues, to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

    3. The accountant has indicated a willingness to perform the services required by the Applicant. The Applicant desires an order authorizing the Trustee to pay the Accountant for services rendered and costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court. The normal billing rates for the Accountant are as follows:

| | |
|---|---|
| Partners | $400-535/hour |
| Senior Accountant | $250-380/hour |
| Junior Accountant | $150-240/hour |

    4. The Applicant has investigated the qualifications of the Accountant. The Applicant is informed and believes, and based thereon allege, that except for the Accountant's employment by the Applicant in unrelated cases, neither the Accountant nor its employees have any connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors.

    5. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

    6. The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

7. This is the entire agreement of the parties and there is no separate employment agreement.

WHEREFORE, the Applicant prays that this court make and enter its order:

1. Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the accountant in this case;

2. Authorizing the Applicant to pay the Accountant services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this court, and;

3. For such other relief as may be proper.

DATED: July 20, 2020 　　　　　　　　　/S/ Timothy W. Hoffman, Trustee
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TIMOTHY W. HOFFMAN, Trustee for the Estate
　　　　　　　　　　　　　　　　　　　　　of FIRST INTERSTATE CONTRACTORS, INC.

DATED: July 22, 2020
　　　　　　　　　　　　　　　　　　　　　/S/ Steven M. Olson
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVEN M. OLSON
　　　　　　　　　　　　　　　　　　　　　Counsel for TIMOTHY W. HOFFMAN, Trustee