Steven M. Olson, Esq. (SB No. 146120)
Jacob M. Faircloth, Esq. (SB No. 305390)
LAW OFFICE OF STEVEN M. OLSON
50 Old Courthouse Square, Suite 401
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: jacob.faircloth@smolsonlaw.com
Attorney for Timothy W. Hoffman, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

FIRST INTERSTATE CONTRACTORS, INC.,

    Debtor.
_____/

Case No. 20-10381-CN
(Chapter 7)

**NOTICE OF TRUSTEE'S INTENT TO ABANDON ESTATE'S INTEREST IN PERSONAL PROPERTY AND OF OPPORTUNITY FOR HEARING**

    Timothy W. Hoffman, Chapter 7 trustee (the "Trustee") for the estate of First Interstate Contractors, Inc. (the "Debtor"), shows as follows:

    1.    The Trustee intends to abandon the estate's interest in the following: (1) all tools, machinery, and equipment [Part 8, #50 of the Debtor's Schedules A/B]; (2) all accounts receivables [Part 3, #11 of the Debtor's Schedules A/B]; (3) all pending contracts for which the Debtor is a party; (4) all office furniture and fixtures [Part 7, #'s 39 and 41 of the Debtor's Schedules A/B]; (5) the 2018 Maverick 7x14 dump trailer [Part 8, #47 of the Debtor's Schedules A/B]; and (6) security deposits of the Debtor [Part 2, #7 of the Debtor's Schedules A/B] (collectively referred to hereinafter as the "Property").

    2.    The Trustee is informed and believes that the Property is subject to a valid, perfected security interest of the Small Business Association ("SBA"), as reflected in the UCC-1 Financing Statement filed as an exhibit to the SBA's proof of claim, Claim No. 8. The SBA's claim is valued at $150,678.08. After diligently investigating the potential value of the Property, the Trustee does not believe that liquidation/pursuit of the Property would realize a net benefit to the estate's unsecured creditors. Thus, the Trustee believes that the Property is of inconsequential value or benefit to the estate, and the Trustee believes cause exists to abandon the estate's interest in the Property.

**Objection Procedure**

    Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 14 days of mailing the notice;

    Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

    If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

    In the event of a timely objection or request for hearing, (either):

    The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

    The tentative hearing date, location and time are: September 16, 2020 at 11:00 a.m., via telephone or video. All interested parties should consult the Bankruptcy Court's

website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: August 14, 2020     LAW OFFICE OF STEVEN M. OLSON

*/S/ Jacob M. Faircloth*
By: _____
Jacob M. Faircloth
ATTORNEY FOR TRUSTEE

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Law Office of Steven M. Olson, 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404.

On August 14, 2020, I served the within

**NOTICE OF TRUSTEE'S INTENT TO ABANDON ESTATE'S INTEREST IN PERSONAL PROPERTY AND OF OPPORTUNITY FOR HEARING**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Law Office of Steven M. Olson for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

/_/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on August 14, 2020.

*/S/ Jacob M. Faircloth*
_____
Jacob M. Faircloth

Label Matrix for local noticing
0971-1
Case 20-10381
California Northern Bankruptcy Court
Santa Rosa
Thu Aug 13 10:44:29 PDT 2020

50SRA Partners LP
c/o JKL Corporation
1730 S El Camino Real #450
San Mateo, CA 94402-3079

First Interstate Contractors, Inc.
P.O. Box 2412
Rohnert Park, CA 94927-2412

U.S. Small Business Administration
c/o Christina L. Goebelsmann, Esq.
455 Market Street, Suite 600
San Francisco, CA 94105-5472

~~U.S. Bankruptcy Court~~
~~99 South E Street~~
~~Santa Rosa, CA 95404-6527~~

50SRA Partners LP
c/o JKL Corporation
39510 Paseo Padre Parkway #200
Fremont, CA 94538-4741

A.R.P Electric Inc dba Bay Area Electric
5680 State Farm Dr #103
Rohnert Park, CA 94928-1643

ABC Supply Co. Inc.
PO Box 748242
Los Angeles, CA 90074-8242

AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6463

Aaction Rents LP
10510 Old Redwood Hwy
Windsor, CA 95492-8042

Ace Insulation, Inc.
1306 Dynamic St.
Petaluma, CA 94954-1400

Alpha Fire Suppression Systems Inc
2391 Circadian Way
Santa Rosa CA 95407
United States
Santa Rosa, CA 95407-5439

Alpha Fire Suppression Systems, Inc.
2391 Circadian Way
Santa Rosa, CA 95407-5439

American Truss Company, Inc.
4550 Spring Hill Road
Petaluma, CA 94952-7619

Anna Hong
1007 Station Dr
Vacaville, CA 95688-8845

Anna Solano
3639 Mocha Ln
Santa Rosa, CA 95403-1593

Archon Energy Solutions
875 Cotting Lane - Suite H
Vacaville, CA 95688-8700

B&L Glass Co
3175 Cleveland Avenue
Santa Rosa, CA 95403-2189

Beacon Fire Protection
2533 Edgewater Drive
Santa Rosa, CA 95407-4588

BlueLine Rental
Branch 91D
27775 Dutcher Creek Road
Cloverdale, CA 95425-9718

Bryan Long
470 Hawk Dr
Petaluma, CA 94954-3963

Bryan and Kim Long
C/O Law Office of Allan J. Cory
740 4th Street
Santa Rosa, CA 95404-4421

Burgess Lumber
3610 Copperhill Lane
Santa Rosa, CA 95403-1090

Cabinets 101
5665 Redwood Dr Suite C
Rohnert Park, CA 94928-7910

Canevari's Custom Carpets
1635 Gamay Street
Santa Rosa, CA 95403-7922

Canyon Rock Co, Inc.
P.O. Box 639
Forestville, CA 95436-0639

Carstairs Energy, Inc.
2238 Bayview Heights Drive, Suite E
Los Osos, CA 93402-3932

Chan Phengaroune
1632 Nina Ct
Santa Rosa, CA 95403-8621

Chandlier Construction
1139 Meridian Circle
Santa Rosa, CA 95401-4903

Chris Mocny
80 Chelsea Dr
Santa Rosa, CA 95403-1735

| | | |
|---|---|---|
| Cinquini & Passarino, Inc.<br>1360 N. Dutton Ave. Ste 15<br>Santa Rosa, CA 95401-4687 | CoConstruct, LLC<br>1807 Seminole Trail, Suite 200<br>Charlottesville, VA 22901-1155 | Collins and Son Construction<br>P.O. Box 1817<br>Rohnert Park, CA 94927-1817 |
| Corday Lighting Inc<br>3628 Airway Dr<br>Santa Rosa, CA 95403-1669 | Cresco Equipment Rentals<br>318 Stealth Ct<br>Livermore, CA 94551-9303 | Culligan of Sonoma County<br>1236 Cleveland Ave.<br>Santa Rosa, CA 95401-4790 |
| Curt's Drywall<br>4385 Goodson Way<br>Rohnert Park, CA 94928-1518 | ~~Curt's Drywall<br>4385 Goodson Way<br>United States<br>Rohnert Park, CA 94928-1518~~ | DC Tile and Stone<br>2360 Mendocino Ave #A2367<br>Santa Rosa, CA 95403-3153 |
| DHC Supplies, Inc<br>11346 Sunco Dr Ste 101<br>Rancho Cordova, CA 95742-6569 | David Hanna<br>1932 Dogwood Dr<br>Santa Rosa, CA 95403-1576 | David Lin<br>2232 Chateau Ct<br>Santa Rosa, CA 95404-1349 |
| Draftech<br>1544 Terrace Way<br>Santa Rosa, CA 95404-3034 | Edward Sanchez<br>3755 Walker Ave.<br>Santa Rosa, CA 95407-8089 | Ellen Beggs<br>3671 Mocha Lane<br>Santa Rosa, CA 95403-1594 |
| Fantastic De Leon House Cleaning<br>400 Ava Ave<br>Rohnert Park, CA 94928-3327 | Ferguson Enterprises, LLC<br>PO Box 740827<br>Los Angeles, CA 90074-0827 | Foothill Fire Protection, Inc.<br>5948 King Rd.<br>Loomis, CA 95650-9024 |
| Frank Hollis<br>1604 Keoke Ct<br>Santa Rosa, CA 95403-8609 | Frank Johnson<br>2236 Versailles St.<br>Santa Rosa, CA 95403-4212 | Frenchie's Plumbing<br>1415 Fulton Rd #205-422<br>Santa Rosa, CA 95403-7619 |
| (p)FRIEDMAN'S HOME IMPROVEMENT<br>ATTN SARAH BRIANT<br>1385 N MCDOWELL BLVD<br>SUITE 100<br>PETALUMA CA 94954-1114 | Gastelum Lath & Plastering Inc<br>4833 Davenport Ave<br>Oakland, CA 94619-2968 | Gemma Simonetti<br>4976 Lakepointe Circle<br>Santa Rosa, CA 95403-0104 |
| Gemma Simonetti<br>529 Miller Ave Apt 1<br>South San Francisco, CA 94080-2678 | George Petersen Insurance Agency<br>PO Box 3539<br>Santa Rosa, CA 95402-3539 | Golden State Concrete Construction<br>441 Morales Court<br>Vacaville, CA 95688-6802 |
| Golden State Lumber<br>3033 South Airport Way<br>Stockton, CA 95206-3899 | Gordon Easter<br>1661 Hopper Ave<br>Santa Rosa, CA 95403-8617 | Guardian Roofing LLC<br>2705 Range Ave #263<br>Santa Rosa, CA 95403-9400 |

| | | |
|---|---|---|
| Gudinos Plumbing<br>1628 Chapman Way<br>Santa Rosa, CA 95403-2340 | HD Supply Construction & Industrial - Wh<br>P.O. Box 6040<br>Cypress, CA 90630-0040 | Hardcastle Specialities, Inc.<br>PO Box 42470<br>Bakersfield, CA 93384-2470 |
| Honey Bucket North Bay<br>PO Box 73399<br>Puyallup, WA 98373-0399 | Hudson Street Design<br>434 Hudson Street<br>Healdsburg, CA 95448-4416 | Humberto's Roofing<br>PO Box 1543<br>Lower Lake, CA 95457-1543 |
| In-Door Air Quality Consultants, Inc.<br>1724 Casita Ct.<br>Santa Rosa, CA 95409-3904 | J Buildz<br>792 Lizzie Lane<br>Saint George, UT 84790-2257 | J&J Quality Door, Inc.<br>1233 East Ronald St<br>Stockton, CA 95205-3331 |
| JB Landscape<br>4611 Bridle Trail<br>Santa Rosa, CA 95409-4233 | Janovich Electric Inc.<br>P.O. Box 1312<br>Galt, CA 95632-1312 | Jeff Beaumont<br>44 Clancy Lane South<br>Rancho Mirage, CA 92270-4529 |
| Jeri-Co<br>P.O. Box 845<br>Middletown, CA 95461-0845 | John Montano<br>400 Pacific Heights<br>Santa Rosa, CA 95403-7514 | John Montano<br>P.O. Box 1277<br>Rohnert Park, CA 94927-1277 |
| John Witkowicki<br>8600 Soda Bay Rd.<br>Kelseyville, CA 95451-9068 | Jose Arteagas<br>1952 San Miguel Drive<br>Santa Rosa, CA 95403-1947 | Jose Magallanes<br>1404 Starview Ct<br>Santa Rosa, CA 95403-1614 |
| Kelly-Moore Paints Company, Inc.<br>5105 Raley Blvd.<br>Sacramento, CA 95838 | Kenny Nguyen<br>1742 Kerry Ln<br>Santa Rosa, CA 95403-8638 | Laura Laws<br>1693 Hopper Ave<br>Santa Rosa, CA 95403-8617 |
| Ledesma Heating & Air<br>1122 Ramona Lane<br>Petaluma, CA 94954-3451 | Leif D Soderling<br>1237 HoneyBrook Place<br>Rohnert Park, CA 94928-1826 | Lenny DePucci Painting<br>4534 Stony Point Rd.<br>Santa Rosa, CA 95407-8354 |
| Lidia Simonetti-Montano<br>2705 Range Ave<br>Santa Rosa, CA 95403-2690 | Linda Varrow<br>1689 Hopper Ave<br>Santa Rosa, CA 95403-8617 | M.K.B. Construction<br>128 N. Cloverdale Blvd.<br>Cloverdale, CA 95425-3352 |
| MD's Quality Painting First Coat Plus<br>Mike Dehnert<br>760 Riverside Dr<br>Ukiah, CA 95482-9606 | MIKE'S PAINTING<br>3415 Kastania Road<br>United States<br>PETALUMA, CA 94952-9562 | Malm Fireplace Center<br>368 Yolanda Avenue<br>Santa Rosa, CA 95404-6398 |

| | | |
|---|---|---|
| Mark Gladden<br>1201 Vine St #200<br>Healdsburg, CA 95448-4838 | Mark Pedersen<br>1321 Dogwood Dr<br>Santa Rosa, CA 95403-1533 | Mark Wentworth Construction<br>P.O. Box 575<br>Tulare, CA 93275-0575 |
| McCurdy Painting<br>1412 Roman Drive<br>Rohnert Park, CA 94928-2942 | Mead Clark Lumber Co., Inc.<br>PO. BOX 529<br>Santa Rosa, CA 95402-0529 | Michael I. Wayne, Esq.<br>Law Offices of Michael I. Wayne, APC<br>149 So Barrington Ave, No 143<br>Los Angeles, CA 90049-3310 |
| Mike's Painting<br>3415 Kastania Rd.<br>Petaluma, CA 94952-9562 | Miller's Sheet Metal, Inc.<br>326 Curtola Pkwy<br>Vallejo, CA 94590-6922 | Mobile Mini Solutions<br>PO Box 7144<br>Pasadena, CA 91109-7144 |
| Montano, John<br>2705 Range Ave.<br>Santa Rosa, CA 95403-2690 | Naaman Hagman<br>P.O. Box 15262<br>Santa Rosa, CA 95402-7262 | Nestor Cruz<br>3469 Santiago Dr<br>Santa Rosa, CA 95403-1929 |
| North Bay Petroleum<br>365 Todd Road<br>Santa Rosa, CA 95407-8115 | North West Plumbing<br>2453 San Miguel Ave<br>Santa Rosa, CA 95403-1825 | Northgate Ready Mix<br>5922 Pruitt Ave<br>Windsor, CA 95492-7745 |
| Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 | On Fire!<br>3181 Cleveland Ave<br>Santa Rosa, CA 95403-2174 | Owen Electric<br>P.O BOX 626<br>Napa, CA 94559-0626 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | PZSE Structural Engineers<br>1478 Stone Point Drive, Suite 190<br>Roseville, CA 95661-2876 | Pace Supply Corp<br>P.O. Box 6407<br>Rohnert Park, CA 94927-6407 |
| Pacific Plumbing & Fire Protection, Inc.<br>2360 Mendocino Ave. Suite A2-289<br>Santa Rosa, CA 95403-3153 | Passalacqua, Mazzoni, Gladden, Lopez & M<br>1201 Vine Street, Suite 200<br>Healdsburg, CA 95448-4838 | Paul Lyon<br>1956 San Miguel Ave<br>Santa Rosa, CA 95403-1947 |
| Pisenti & Brinker LLP<br>3562 Round Barn Circle Suite 300<br>Santa Rosa, CA 95403-0180 | Power Pole Service<br>4156 Santa Rosa Ave.<br>Santa Rosa, CA 95407-8224 | Precision Concrete<br>19153 Ravenhill Rd<br>Hidden Valley Lake, CA 95467-8299 |
| Pro Trade c/o Trade Credit Svcs<br>PO Box 105525<br>Atlanta, GA 30348-5525 | Prosource of Santa Rosa<br>1100 Piner Rd #3<br>Santa Rosa, CA 95403-7441 | Quadient, Inc<br>Attn. Collections Dept.<br>478 Wheelers Farms Road<br>Milford, CT 06461-9105 |

| | | |
|---|---|---|
| R & S Erection Of Santa Rosa, Inc<br>3531 Santa Rosa Avenue<br>Santa Rosa, CA 95407-8270 | Recology Sonoma Marin<br>3400 Standish Ave.<br>Santa Rosa, CA 95407-8112 | Redwood Lath & Plaster<br>P.O.BOX 826<br>Windsor, CA 95492-0826 |
| Redwood Residential Fence<br>4170 Santa Rosa Ave<br>Santa Rosa, CA 95407-8267 | Reese and Associates, Inc.<br>134 Lystra Court, Suite C<br>Santa Rosa, CA 95403-8303 | Rob Taylor<br>168 Wembley Ct<br>Santa Rosa, CA 95403-1734 |
| SOLDATA Energy Consulting, Inc.<br>2227 Capricorn Way Suite 202<br>Santa Rosa, CA 95407-5490 | Sacramento Design Systems<br>1751 Cebrian Street<br>West Sacramento, CA 95691-3803 | Safe & Warm Chimney Services<br>8824 Lancaster Drive<br>Rohnert Park, CA 94928-4671 |
| Safe & Warm Fireplace Services<br>8824 Lancaster Drive<br>Rohnert Park, CA 94928-4671 | Sanchez, Edward<br>3755 Walker Ave.<br>Santa Rosa, CA 95407-8089 | Silver Creek Tile and Stone<br>655 Carlson Ct<br>Rohnert Park, CA 94928-2038 |
| Sonic<br>2260 Apollo Way<br>Santa Rosa, CA 95407-9114 | Sonoma Media Group LLC<br>1410 Neotomas Ave #200<br>Santa Rosa, CA 95405-7533 | Sonoma Media Investments, LLC<br>427 Mendocino Ave<br>Santa Rosa, CA 95401-5391 |
| Sonoma Shower Doors, Inc.<br>200 Oceanic Way Suite B<br>Santa Rosa, CA 95407-8282 | Sophan Prum<br>1395 San Miguel Rd<br>Santa Rosa, CA 95403-7410 | Superior Seamless Gutter<br>446 Portal Street<br>Cotati, CA 94931-3013 |
| Susan Gray<br>1613 Hopper Ave<br>Santa Rosa, CA 95403-8616 | Teresa Hentz<br>1322 Dogwood Dr<br>Santa Rosa, CA 95403-1534 | The Cabinet Outlet<br>937 Piner Rd.<br>Santa Rosa, CA 95403-1903 |
| Thomas P. Kelly III<br>50 Old Courthouse Square, Suite 609<br>Santa Rosa, CA, 95404-4926 | Timothy J. Hannan, Esq.<br>576 B Street, Suite 2A<br>Santa Rosa, CA 95401-5269 | Tito Dealcuaz<br>1318 Dogwood Dr<br>Santa Rosa, CA 95403-1534 |
| Tri Counties Bank<br>Attn: Legal Department<br>P.O. Box 992570<br>Redding, CA 96099-2570 | Tri County Bank<br>819 4th St<br>Santa Rosa, CA 95404-4504 | U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 |
| U.S. Small Business Administration<br>c/o Christina Goebelsmann Esq.<br>455 Market Street, Suite 600<br>San Francisco, CA 94105-5472 | US Small Business Administration<br>Paycheck Protection Program<br>409 3rd St, SW<br>Washington, DC 20416-0011 | Velocity Heating & Air<br>236 Cambridge Drive<br>Vacaville, CA 95687-6750 |

| | | |
|---|---|---|
| Vladimir Raksha<br>P.O. Box 14806<br>Santa Rosa, CA 95402-6806 | Warming Trends, Inc.<br>4 South A Street<br>Santa Rosa, CA 95401-6301 | WestGuard Insurance<br>Berkshire Hathaway GUARD<br>P.O. Box A-H<br>Wilkes Barre, PA 18703-0020 |
| Wine Country Roofing, Inc.<br>2925 Alton Lane<br>Santa Rosa, CA 95403-4040 | Yen Mey Fung<br>2006 Camino Del Prado<br>Santa Rosa, CA 95403-1978 | Anna Hong<br>3736 Mocha Lane<br>Santa Rosa, CA 95403-1595 |
| Bryan Long<br>1929 San Salvador<br>Santa Rosa, CA 95403-1933 | Craig A. Burnett<br>Law Offices of Craig A. Burnett<br>250 D St. #206<br>Santa Rosa, CA 95404-4773 | Edward Sanchez<br>3755A Walker Ave<br>Santa Rosa, CA 95407-8090 |
| Gemma Simonetti<br>4976 Lakepointe Cir<br>Santa Rosa, CA 95403-0104 | Jay D. Crom<br>Bachecki, Crom & Company, LLP<br>400 Oyster Point Blvd. #106<br>S. San Francisco, CA 94080-1917 | Thomas Philip Kelly III<br>Law Offices of Thomas P. Kelly, III<br>P.O. Box 1405<br>Santa Rosa, CA 95402-1405 |
| ~~Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761~~ | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Friedman's Home Improvement
1385 N. McDowell Blvd, Ste. 100
Petaluma, CA 94954

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)David Hanna<br>1932 Dogwood Dr<br>Santa Rosa, CA 95403-1576 | (d)Naaman Hagman<br>P.O. Box 15262<br>Santa Rosa, CA 95402-7262 | (d)Rob Taylor<br>168 Wembley Ct,<br>Santa Rosa, CA 95403-1734 |

End of Label Matrix
Mailable recipients   162
Bypassed recipients     3
Total                 165